HERMAN WATERMAN v. GEORGE W. GREEN ET AL.

CHATTEL MORTGAGE—CROP.—Section 2972 of Civil Code keeps alive the lien of a mortgage upon a growing crop only so long as the same remains on the land of the mortgagor.

APPEAL from a judgment for the defendants and from an order denying a motion for a new trial in the Superior Court of San Mateo County. HEAD, J.

A petition for rehearing was in this case made and denied.

*G. F. & W. H. Sharp,* for Appellant.

*H. Kincaid,* for Respondent.

The COURT:

The grain seized under the attachment was three miles away from the land of the mortgagor. By a former statute it was provided that the lien of a mortgage upon a growing crop should cease when the crop was harvested. *Held,* that the lien ceased when the crop was severed from the land. (*Goodyear* v. *Williston,* 42 Cal. 11.)

Section 2972 of the Civil Code keeps alive the lien of such a mortgage upon a crop only "so long as the same remains on the land of the mortgagor."

Judgment and order affirmed.